ACCEPTED
06-14-00228-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/15/2015 9:24:00 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00228-CR

| | | |
|---|---|---|
| **DAVID GARCIA REYES,** | § | **COURT OF APPEALS** |
| **APPELLANT** | § | |
| | § | **IN THE SIXTH DISTRICT** |
| **v.** | § | |
| | § | **OF TEXAS AT DALLAS** |
| **THE STATE OF TEXAS,** | § | |
| **APPELLEE** | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/15/2015 9:24:00 AM
DEBBIE AUTREY
Clerk

### STATE'S FIRST MOTION FOR EXTENSION OF TIME
### TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the State of Texas, through the Criminal District Attorney of Dallas County, and respectfully requests that this Court extend the deadline for filing of the State's Brief. *See* Tex. R. App. P. 38.6(d). In support of this Motion, the State would show the Court the following:

### I.

On November 7, 2014, a jury found appellant guilty of sexual assault of a child and sentenced him to fifteen years' confinement.

### II.

Appellant filed his brief on appeal on May 13, 2015. Under Rule 38.6 of the Texas Rules of Appellate Procedure, the State's brief was due June 12, 2015. The State requests a thirty-day extension of time to file its brief, setting the new deadline to July 12, 2015.

State's First Motion for Extension of Time to File Brief                                              1

**III.**

No prior extension has been granted to the State in this case.

**IV.**

There is a reasonable explanation for the State's need for an extension. Since receiving appellant's brief, the undersigned counsel has filed responses to thirteen post-conviction applications for writs of habeas corpus, along with proposed findings on each writ. Counsel also represented the State in a hearing on a post-conviction application for writ of habeas corpus that involved a claim of ineffective assistance (*Ex parte Carlos Rodriguez*, W14-30634-W(A)). Finally, counsel was recently assigned to an accelerated appeal in which the State's brief is due June 16, 2015 (*Dillard v.* State, No. 05-15-00488-CR). For these reasons, additional time is necessary for the preparation and filing of the State's brief on this matter.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the filing deadline for the State's brief be extended to July 12, 2015.

Respectfully submitted,

/s/ Grace E. Shin

_____

Susan Hawk
Criminal District Attorney
Dallas County, Texas

Grace E. Shin
Assistant District Attorney
State Bar No. 24033062
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3631
(214) 653-3643 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion has been served on appellant's attorney, Kathleen Walsh, via eFile at bordiway@sualaw.com on on June 15, 2015.

/s/ Grace E. Shin

_____

Grace E. Shin